ACCEPTED
12-15-00153-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
7/29/2015 8:46:10 AM
CATHY LUSK
CLERK

# Larison Law Office, P.C. /
# J. Brandt Thorson, P.L.L.C.

Attorneys & Counselors at Law
Post Office Box 232
Longview, Texas 75606
Telephone: (903) 238-8184
Telecopier: (903) 238-9040

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/29/2015 8:46:10 AM
CATHY S. LUSK
Clerk

**Lance Ray Larison**
Texas State Bar 11950300
24043958
E-mail: lancelarison@yahoo.com
Board Certified in Criminal Law
Texas Board of Legal Specialization

**J. Brandt Thorson**
Texas State Bar

E-mail: jbt@jbtfirm.com

Wednesday, July 29, 2015

Gregg County District Clerk
Post Office Box 711
Longview, Texas 75606
*Via E-Service*

Re: Cause No. 12-15-00153-CR; Coby Ray Hudgins v. State of Texas; In the 12th Court of Appeals

To Whom It May Concern:

Please be advised that our office is in receipt of your letter dated regarding the above referenced matter. Please allow this letter to serve as notice that payment arrangements for the reporter's official record have been made with Tina Campbell, Official Court Reporter of the 124th Judicial District Court.

Please do not hesitate to contact our office at the address or phone number below should you have any further questions or concerns in reference to the matters within this letter.

Sincerely,

J. Brandt Thorson

CC: Gregg County District Attorney's Office
Attn: Zan Colson Brown, Assistant District Attorney
101 E. Methvin, Ste. 333
Longview, Texas 75601
*Via E-Service*